The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH NOYES and IDA NOYES, Plaintiffs, v. LOREN MILLER, *et al.*, Defendants. | Case No. 2:26-cv-02586-BJR<br>ORDER GRANTING STIPULATED MOTION TO STAY |

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until October 23, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking to compel U.S. Citizenship and Immigration Services (USCIS) to



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

adjudicate their I-601 application. USCIS been working to adjudicate the application but requires more time to complete its processes. Based on its current rates of processing, USCIS anticipates that it can adjudicate the application by October 23, 2026, absent unforeseen circumstances.

With this additional time, the claims in this litigation may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiffs will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action to be stayed until October 23, 2026. The parties will submit a joint status report on or before the end of this period.

DATED this 24th day of September, 2026.

Respectfully submitted,

*s/ Sarah Louise Bishop*
SARAH LOUISE BISHOP, NY No. 5256359
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4063
Fax: 206-553-4067
Email: sarah.bishop@usdoj.gov

*Attorney for Defendants*

*s/ Devin T. Theriot-Orr*
DEVIN T. THERIOT-ORR, WSBA No. 33995
Open Sky Law, PLLC
20415 72nd Ave S., Ste 400
Kent, WA 98032
Phone: 206-962-5052
Fax: 206-681-9663
Email: devin@opensky.law

*Attorney for Plaintiffs*

**ORDER**

The case is stayed. The parties shall submit a status update on or before October 23, 2026.

It is so **ORDERED**.

Dated this 24th day of September, 2026.

Barbara J Rothstein

BARBARA J. ROTHSTEIN
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970